**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Angela M Claudio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Henry E Claudio** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF GEORGIA

Case number   **18-41847**
(if known)

■ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* | *Unsecured portion* If any |
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | | |
| 2.1 **Georgetown Community** | Describe the property that secures the claim: | $734.63 | $0.00 | $734.63 |
| Creditor's Name | HOA Fees | | | |
| **Services Association** **1234 King George Blvd** **Savannah, GA 31419** | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| Number, Street, City, State & Zip Code | | | | |
| **Who owes the debt?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ■ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply. ☐ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred _____ | Last 4 digits of account number _____ | | | |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Angela M Claudio** | | Case number (if known) | **18-41847** |
| | First Name   Middle Name   Last Name | | | |
| Debtor 2 | **Henry E Claudio** | | | |
| | First Name   Middle Name   Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **Wells Fargo Home Mor** | Describe the property that secures the claim: | $141,853.00 | $159,200.00 | $0.00 |
| | Creditor's Name | | | | |

Property description box:
**29 Bristlecone Drive Savannah, GA 31419  Chatham County**
**Chatham County Property Card: $159,200**
**Cost of Sale: $12,736**
**No equity after cost of sale**
**Surrender**

**Attn: Bankruptcy Department**
**8480 Stagecoach Cir.**
**Frederick, MD 21701**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 09/13  Last Active 7/03/18**

Last 4 digits of account number   **4854**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $142,587.63 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $142,587.63 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Angela M Claudio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Henry E Claudio** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 18-41847 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                              12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Angela M Claudio**                              X  **/s/ Henry E Claudio**
   **Angela M Claudio**                                     **Henry E Claudio**
   Signature of Debtor 1                                    Signature of Debtor 2

   Date  **May 16, 2019**                                   Date  **May 16, 2019**

# United States Bankruptcy Court
## Southern District of Georgia

In re: **Angela M Claudio / Henry E Claudio**, Debtor(s)

Case No. **18-41847**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2019**, a copy of **Amended Schedule D, Notice of Bankruptcy Filing, 341 Meeting of Creditors, and Order Granting Discharge** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Chapter 7 Trustee**
Wendy A. Owens

**U.S. Trustee**
Matthew Mills

**Georgetown Community Services Association**
1234 King George Blvd
Savannah GA 31419-0000

/s/ John E. Pytte
John E. Pytte 590555
John Pytte
P.O. BOX 949
Hinesville, GA 31310
912-369-3569 Fax: 912-367-3579
johnpytte@jpytte.com